UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:9:15-cv-81051-WJZ

HOWARD COHAN,

    Plaintiff,

vs.

SAKS & COMPANY LLC
d/b/a SAKS FIFTH AVENUE,

    Defendant(s).
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan, and Defendant, Saks & Company LLC d/b/a Saks Fifth Avenue, hereby stipulate that they have agreed to settle all claims in the Complaint [D.E. 1] and stipulate that said counts should be dismissed with prejudice, each party to bear their own attorneys' fees and costs except as otherwise agreed by private settlement agreement.

By: /s/Peter S. Leiner            By: /s/ Craig Salner

Jason S. Weiss                                   Spencer H. Silverglate
Florida Bar No. 356890                Florida Bar No. 769223
E-Mail: Jason@jswlawyer.com       E-mail: ssilverglate@cspalaw.com
Peter S. Leiner                                      Craig Salner
Florida Bar No. 104527                Florida Bar. No. 669695
E-Mail: Peter@jswlawyer.com         E-mail: csalner@cspalaw.com
Weiss Law Group, P.A.                 Clarke Silverglate, P.A.
5531 N. University Drive, Suite 103    799 Brickell Plaza, Suite 900
Coral Springs, FL 33067              Miami, Florida 33131
Telephone: (954) 573-2800           Telephone: (305) 377-0700
Facsimile: (954) 573-2798            Facsimile: (305) 377-3001
*Counsel for Plaintiff*                    *Counsel for Defendant*